UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BOOT RANCH SUBWAY, INC., et al.,**

    **Plaintiffs,**

v.                                                        Case No.  8:06-cv-1191-T-30TBM

**DEVELOPERS DIVERSIFIED REALTY,
INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Developers Diversified Realty, Inc's First Motion to Dismiss Counts I, II, and III (Dkt. 4) and Memorandum of Law in support of the same (Dkt. 5), and hearing on the same.[1]  Upon review of the Motion and Memorandum of Law and hearing argument of parties during the hearing on this matter, it is hereby ORDERED AND ADJUDGED that:

1.    Defendant Developers Diversified Realty, Inc's First Motion to Dismiss Counts I, II, and III is **GRANTED** for the reasons stated on record.

2.    Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.  Plaintiff is given **twenty (20) days** from the date of this Order to file and serve its

---

[1] Plaintiff failed to file a response to the Motion to Dismiss. While Plaintiff's counsel failed to appear at the first scheduled hearing, he did appear during the middle of the second hearing and provided argument in opposition to the Motion to Dismiss.  Plaintiff's counsel is instructed to address and fix his computer problems to avoid future issues of non receipt of notices of hearing and other Court Orders.

Amended Complaint. **FAILURE TO FILE AN AMENDED COMPLAINT WITHIN TWENTY (20) DAYS WILL RESULT IN THIS CASE BEING DISMISSED WITHOUT NOTICE.**

**DONE** and **ORDERED** in Tampa, Florida on September 21, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1191  Motion to Dismiss.frm