# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BOOT RANCH SUBWAY, INC., et al.,**

 **Plaintiffs,**

**v.**         **CASE NO:  8:06-CV-1191-T-30TBM**

**DEVELOPERS DIVERSIFIED REALTY,
INC.,**

 **Defendant.**

_____/

## ORDER OF DISMISSAL

  THIS CAUSE comes before the Court *sua sponte*.  An Order was entered on September 21, 2006 (Dkt. #14) which dismissed the Complaint and gave the Plaintiff(s) twenty (20) days in which to file an Amended Complaint.   The deadline for filing an Amended Complaint has passed.  As the Plaintiff(s) has/have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

  **ORDERED AND ADJUDGED** as follows:

  1)  This cause is dismissed without prejudice.

  2)  All pending motions are denied as moot.

  3)  The Clerk is directed to close this case.

  **DONE** and **ORDERED** in Tampa, Florida on October 30, 2006.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-1191.dismissal 14.wpd*